UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 FEB 20 PM 4:27

CLERK
BY AL
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | |
| GARETH WEST, a.k.a. "Buddy" and "Muscles", ) | 2:25 Cr-19-1-2-3-4-5-6-7-8-9-10- |
| USMAN KHALID, a.k.a. "Paul" and "Pauly", ) | 11-12-13-14-15-16-17-18- |
| ANDREW TATTO, a.k.a. "Chevy" and "Truck," ) | 19-20-21-22-23-24-25 |
| STEPHAN MOSKWYN, a.k.a. "HK," ) | |
| RICKY YLIMAKI, a.k.a. "Ruffles," ) | |
| RICHARD FRISCHMAN, a.k.a. "Styx," ) | |
| ADAM LAWRENCE, a.k.a. "Carter," ) | |
| MICHAEL FILION, a.k.a. "Elvis," ) | |
| JIMMY YLIMAKI, a.k.a. "Coop," ) | |
| NICOLAS GONZALEZ, a.k.a. "Brady," ) | |
| RYAN MELANSON, a.k.a. "Parker," ) | |
| JOY KALAFATIDIS, a.k.a. "Blondie," ) | |
| DAVID ARCOBELLI, a.k.a. "Phil," ) | |
| JONATHAN MASSOURAS, a.k.a. "Borze," ) | |
| NICHOLAS SHIOMI, a.k.a. "Keanu," ) | |
| ANTONIO IANNACCI, a.k.a. "DJ," ) | |
| JONATHAN OUELLET, a.k.a. "Sunny," ) | |
| KASSEY-LEE LANKFORD, a.k.a. "Lex," ) | |
| SARA BURNS, a.k.a. "Ginger," ) | |
| JUSTIN POLENZ, a.k.a. "Happy," ) | |
| RYAN THIBERT, a.k.a. "Toast," ) | |
| MICHAEL FARELLA, a.k.a. "Honda," ) | |
| SEBASTIAN GUENOLE, a.k.a. "Tweeter," ) | |
| RYAN BRIDGMAN, a.k.a. "Clint," and ) | |
| STEPHANIE-MARIE SAMARAS, a.k.a. "North", ) | |
| Defendants. ) | |

## MOTION TO PARTIALLY SEAL INDICTMENT AND ARREST WARRANTS

The United States of America, by its attorney, Michael P. Drescher, Acting United States Attorney for the District of Vermont, hereby moves this Court to partially seal the Indictment, the Arrest Warrants, this motion, any order granting this motion, and the docket sheet in this case, except insofar as necessary to effect the arrest of defendants, to protect the safety of the arresting officers and prevent the flight of the defendants. Partial sealing is requested for the limited purpose of permitting the United States to disclose the Indictment and Arrest Warrants to

government personnel, including those of a foreign government, as necessary to assist in the apprehension and extradition of the defendant to the United States.

The United States anticipates working with officials from the United States Department of State, foreign officials, and other law enforcement authorities in order to locate, arrest, and extradite the charged defendants. In connection therewith, the United States will be required to provide a copies of the Indictment and/or Arrest Warrants to such individuals.

WHEREFORE, the United States requests that the Court grant this motion to partially seal the Indictment, Arrest Warrants, this motion, any order granting this motion, and the docket sheet until the arrest of defendants, permitting the United States to disclose these documents to law enforcement and other government personnel, including those of a foreign government, as necessary to assist in the location, apprehension, and extradition of the defendant to the United States.

Dated at Burlington, in the District of Vermont, February 20, 2025.

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL P. DRESCHER
Acting United States Attorney

By: *[signature]*
NATHANAEL T. BURRIS
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
nate.burris@usdoj.gov