UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:25-CR-19-1-9 |
| | ) | |
| GARETH WEST, a.k.a. "Buddy" and "Muscles," | ) | **Filed Under Seal** |
| JIMMY YLIMAKI, a.k.a. "Coop," | ) | |
| Defendants. | ) | |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by its attorney, Michael P. Drescher, Acting United States Attorney for the District of Vermont, hereby moves this Court to unseal the Indictment, the Arrest Warrants, this motion, any order granting this motion, and the docket sheet in relation to the above-named defendants.

On February 20, 2025, the Court issued an order sealing the Indictment and the above-described related materials pending the arrest of the defendants, in order to protect the safety of arresting officers and prevent the flight of the defendants. Other than Gareth West and Jimmy Ylimaki, all of the defendants named in the Indictment have been arrested, and as a result, the Indictment will be unsealed as to those individuals. Because the remaining reasons for sealing as to Gareth West and Jimmy Ylimaki no longer apply, the government seeks unsealing as to those individuals as well, in order for the Indictment and related materials to be unsealed in full.

WHEREFORE, the United States requests that the Court grant this motion to unseal.

Dated at Burlington, in the District of Vermont, March 4, 2025.

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL P. DRESCHER
Acting United States Attorney

By: */s/ Nathanael T. Burris*
NATHANAEL T. BURRIS
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
nate.burris@usdoj.gov